# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Lee D Williams } | **Case No: 17-02621-DSC13** |
| SSN: XXX-XX-9723 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER GRANTING

This matter was scheduled for a hearing on Tuesday, August 29, 2017 10:00 AM on the following:

RE: Doc #37; Motion for Relief from Stay filed by Leonard Math, Attorney for Sheffield Financial

**It is hereby ORDERED, ADJUDGED and DECREED that:**

Based on agreement of the parties, the Motion for Relief from Stay is granted without objection.

Dated: 08/28/2017

/s/ D. SIMS CRAWFORD
D. SIMS CRAWFORD
United States Bankruptcy Judge