UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
Lee Williams,                    )          Case Number: 17-02621
Debtor.                          )

**OBJECTION TO CLAIM**

COMES NOW, the Debtor and objects to the claim on the following grounds:

| CLAIM # | CREDITOR | AMOUNT |
|---|---|---|
| 1-1 SHEFFIELD FINANCIAL | POB 1847<br>Wilson, NC 27894 | $13,352.80 |

**BASIS FOR OBJECTION**

1. The Debtor's proposed plan reflects the intent to surrender the 2015 Suzuki Cruiser back to Sheffield Finance.

WHEREFORE PREMISES CONSIDERED, the Debtor respectfully requests that this Honorable Court sustain this Objection and disallow Claim 1 as filed, allowing it in a modified amount and different status, and that the proposed treatment of the claim be approved.

Respectfully submitted,
/s/ Melissa Cain, Esq.
Melissa Cain
Attorney for the Debtor
420 20th Street North, #2200
Birmingham, AL 35203
(205) 582-7007

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the Trustee, the Creditor, and all other interested parties by electronic filing (via CM/ECF) and/or by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows this 7th day of September 2017:
Chapter 13 Trustee (via CM/ECF)

Sheffield Finance
POB 1847
Wilson, NC 27894

/s/ Melissa Cain, Esq.
Attorney for the Debtor